IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN C. DIXON, | |
| Plaintiff, | |
| v. | Civil Action No.: JMC-23-0703 |
| LGX SERVICES, LLC | |
| Defendant. | |

### ORDER

Upon application of Plaintiff, it is this 16 day of March, 2023, by the United States District Court for the District of Maryland, hereby ORDERED:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (ECF 2) IS GRANTED pursuant to 28 U.S.C. § 1915(a)(1); and

2. The Clerk SHALL PROVIDE a copy of this Order to counsel, who shall take all necessary steps to effectuate service of the summons and Complaint on Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

J. Mark Coulson
United States Magistrate Judge

