# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| John C Dixon | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| | vs. | * | Civil Case No.: 1:23−cv−00703−JMC |
| | | * | |
| LGX Services LLC | | * | |
| | Defendant(s) | * | |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. John C Dixon has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that John C Dixon is to appear before the designated Chambers Judge on 5/26/2023 at 2:00 p.m. to show cause, if any, why John C Dixon did not file a consent or declination. John C Dixon should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if John C Dixon files a consent or declination prior to the show cause hearing date.

Date: <u>April 14, 2023</u>　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　J. Mark Coulson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge